# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**SEKON K OLUGBALA,**

    Plaintiff,

v.                                               **CASE NO. 1:06-cv-00176-MP-AK**

**PAUL DRIVER,**
**MACK MIZELL,**
**HELEN R NICHOLS,**
**ISADORE SINGLETON,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

By Order dated November 13, 2006, Plaintiff was directed to file an initial filing fee on or before December 15, 2006. (Doc. 12). When no fee was paid, an Order to Show Cause was entered directing a response on or before January 12, 2007. (Doc. 13). As of this date no fee has been paid and no response has been made to the show cause order.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs.12 and 13) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **9th** day of February, 2007.

        S/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.